IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| CYNTHIA MUZZEY, | : | Civil Action No. 3:08-cv-00136 |
| Plaintiff, | : | |
| vs. | : | NOTICE |
| GREAT SENECA FINANCIAL., et al, | : | |
| Defendant. | : | |

Plaintiff, by her attorney Ray Johnson, hereby notifies the Court as follows:

1. The parties have received a notice regarding the failure to file a proposed scheduling order.

2. This case was previously settled at to all parties and a dismissal with prejudice was filed by the Plaintiff.

3. This court file may be closed.

Respectfully submitted,

/s/
RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com